## YOST v I FLEISCHER & SONS

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 11, 1934

Anthony B. Dunlap, Cincinnati, and Wm. Walker Johnson, Cincinnati, for plaintiff.

Bert H. Long, Cincinnati, and Milton M. Bloom, Cincinnati, for defendant.

For full opinion see 2 OO 209; 49 Oh Ap 46.